UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Edward Maselli

    v.                                    Case No. 19-cv-01248-AJ

Thomas Durden et al

## JUDGMENT

In accordance with the following, judgment is hereby entered:

(1) Order by Magistrate Judge Andrea K. Johnstone dated March 28, 2022;

(2) Order by Magistrate Judge Andrea K. Johnstone dated April 21, 2022;

(3) Order by Magistrate Judge Andrea K. Johnstone dated September 8, 2022;

(4) Jury verdict dated September 22, 2022.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                          By the Court,

Date: 9/22/2022                           Daniel Lynch
                                                          Clerk of Court

                                                          **APPROVED AS TO FORM**

Date: 9/23/2022                           Andrea K. Johnstone
                                                          U.S. Magistrate Judge